(V. D. 92)

Empire Findings Co., Inc. *v.* United States

Entry No. 804999.

(Decided November 20, 1958)

*Siegel, Mandell & Davidson* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

Oliver, Chief Judge: This matter is before me on remand from classification proceedings decided by the first division of this court in *Empire Findings Co., Inc.* v. *United States*, 40 Cust. Ct. 458, Ab-

stract 61584. By the judgment therein and under the terms of the statute (28 U. S. C. § 2636 (d)), the matter was remanded to a single judge for determination of the value of the merchandise in the manner provided by law. The proceeding has been abandoned by counsel for the importer. It is, therefore, dismissed.

Judgment will be rendered accordingly.